**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES JONES,

    Plaintiff,

v.                                                   Case No. 3:21-cv-482-TJC-LLL

SAN MARCO X, LLC,

    Defendant.

## ORDER AND STIPULATED FINAL JUDGMENT

This case is before the Court on Plaintiff James Jones and Defendant San Marco X, LLC's Joint Motion to Approve Settlement Agreement. (Doc. 22). On October 20, 2022, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 25) recommending that the motion be granted, that the Court enter an Order and Stipulated Final Judgment approving the parties' settlement agreement, as amended by the Court, and that the case be dismissed with prejudice. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 25), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 25) is **ADOPTED** as the opinion of the Court.

2. The modification and confidentiality clauses in the proposed settlement agreement, (Doc. 24-1), are **STRICKEN as specified in the Report and Recommendation**, (Doc. 25).

3. The parties' Joint Motion to Approve Settlement Agreement, (Doc. 22), is **GRANTED** to the extent that the Court approves the settlement agreement, as amended by the Court. A Stipulated Final Judgment is hereby entered.

4. This case is **DISMISSED with prejudice**. The Clerk shall terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 18th day of November, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Laura Lothman Lambert
United States Magistrate Judge

Counsel of record